IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GERARDO ARISTIZABAL, <br><br> *Plaintiff*, <br><br> v. <br><br> FEDEX GROUND PACKAGE SYSTEM, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:22-cv-00529-MSN-LRV <br><br> Hon. Michael S. Nachmanoff |

## MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff Gerardo Aristizabal respectfully requests that the Court approve the Settlement Agreement and Release (the "Agreement") that he reached with Defendants JAK Logistics, Inc. ("JAK") and KERAJ Industries, Inc. ("KERAJ"), which results in full resolution of this case brought under the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. §§ 201, *et seq.*; and the Virginia Wage Payment Act, Va. Code Ann. §§ 40.1-29, *et seq.* FLSA claims may not be waived or released without United States Department of Labor or district court approval. Defendants JAK, KERAJ, and FedEx Ground Package System, Inc. do not oppose this Motion.

Date: March 13, 2023

Respectfully submitted,

*/s/ Robert Tucci*
Robert W.T. Tucci (VA SB No. 97446)
ZIPIN, AMSTER, & GREENBERG LLC
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910
Telephone: (301) 587-9373
Facsimile: (240) 839-9142
Email: rtucci@zagfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 13th day of March, 2023, I served the foregoing **MOTION FOR APPROVAL OF SETTLEMENT** using the following email addresses:

- **Mark Emilio Abrajano**
  mabarajano@protoraelaw.com

- **Brian Chandler**
  bchandler@protoraelaw.com

- **Anwar Graves**
  agraves@omm.com

- **Gregory F. Jacob**
  gjacob@omm.com

- **James B. Kinsel**
  jkinsel@protoraelaw.com, egiunta@protoraelaw.com

- **David J. Schaller**
  schaller@wtotrial.com

- **Scott Voelz**
  svoelz@omm.com

*/s/ Robert Tucci*
Robert W.T. Tucci